**FILED**
July 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                              )<br>              Plaintiff,              )<br>                                              )<br>v.                                         )<br>                                              )<br>LUCIANO PORCAYO,            )<br>                                              )<br>              Defendant.           ) | Case No. CR.S-08-0090-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:  UNITED STATES MARSHAL:

This is to authorize and direct you to release LUCIANO PORCAYO, Case No. CR.S-08-0090-EJG from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of: $25,000.00.

        _X_  Unsecured Appearance Bond

        ___  Appearance Bond with Surety

        _X_  (Other) Conditions as stated on the record.

        ___  (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/14/08  at 2:40pm.

By  _____
Edmund F. Brennan
United States Magistrate Judge