LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | ) Case No.:  CR S-08-090- EJG |
| | ) STIPULATION AND ORDER |
| vs. | ) CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDING |
| LUCIANO PORCAYO, et. al., | ) TIME |
| Defendants. | ) |
| | ) |

Stipulation

The government and the defendant, Luciano Porcayo, through undersigned counsel stipulate that the status conference/change of plea hearing scheduled for July 10, 2009, at 10:00 a.m. may be continued for a status conference with the remaining defendants in this case to July 17, 2009, at 10:00 a.m.  At the last hearing on June 5, 2009, undersigned counsel represented to the Court they were involved in plea negotiations and anticipated a change of plea for July 10, 2009. Undersigned counsel are involved in plea negotiations but require additional time to consult with the case agents and the defendant to be able to effectuate a change of plea. This includes agreeing on amounts for restitution and resolving the issue of criminal forfeiture. The intent of the parties is to place Mr. Porcayo on calendar with the remaining defendants on July 17 for a status conference and to specially set the matter when plea negotiations are concluded.

The parties also agree that time may be excluded from the speedy trial calculation for counsel preparation, and complexity, and that the interests of justice served by granting the

continuance outweigh the best interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. 3161 (h)(8)(A) and (B)(iv) and Local Code T2 and T4.

DATED: July 7, 2009                                         Respectfully submitted,


                                                            /s/ Lindsay Anne Weston
                                                            _____
                                                            LINDSAY ANNE WESTON
                                                            Counsel to Luciano Porcayo


                                                            LAWRENCE BROWN
                                                            Acting United States Attorney

                                                            /s/ Lindsay Weston for Samantha Spangler
                                                            per telephone authorization
                                                            _____
                                                            SAMANTHA S. SPANGLER
                                                            Assistant U.S. Attorney

## ORDER

   GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:  July 7, 2009




                                                            /s/ Edward J. Garcia
                                                            EDWARD J. GARCIA, Judge
                                                            United States District Court