LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>    vs.<br><br>LUCIANO PORCAYO, et. al.,<br><br>    Defendants. | Case No.:  CR S-08-090- EJG<br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND ADOPTING NEW SCHEDULE FOR DISCLOSURE OF SENTENCING REPORT AND OBJECTIONS** |

<u>Stipulation</u>

The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the sentencing hearing scheduled for February 5, 2010, at 10:00 a.m. may be continued to May 21, 2010, at 10:00 a.m. and that the Court order the following schedule for disclosure of the pre-sentence report and the objects thereto:

| | |
|---|---|
| Disclosure of draft pre-sentence report | April 9, 2010 |
| Written objections to draft PSR | April 23, 2010 |
| Filing and disclosure of PSR | April 30, 2010 |
| Motion for corrections of PSR | May 7, 2010 |
| Reply or statement of non-opposition | May 14, 2010. |

The request for the continuance of the hearing and the new schedule regarding the sentencing report is made by the defense. Undersigned counsel for Mr. Porcayo was away from the office several months recently due to an extended family medical situation.  The continuance

- 1

is necessary to give the defense sufficient time to prepare for sentencing. Mr. Porcayo is out of custody on bond and is not opposed to the continuance of the sentencing.

DATED: January 12, 2010                     Respectfully submitted,

*/s/ Lindsay Anne Weston*
_____
LINDSAY ANNE WESTON
Counsel to Luciano Porcayo


BENJAMIN WAGNER
United States Attorney

*/s/ Lindsay Weston for Samantha Spangler*
per telephone authorization
_____
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: January 12 , 2010

  __/s/ Edward J. Garcia_____
EDWARD J. GARCIA, Judge
United States District Court