LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>  vs.<br><br>LUCIANO PORCAYO, et. al.,<br><br>    Defendants. | Case No.:  CR S-08-090- EJG<br>**STIPULATION AND [PROPOSED]ORDER CONTINUING SENTENCING HEARING AND ADOPTING NEW SCHEDULE FOR DISCLOSURE OF SENTENCING REPORT AND OBJECTIONS** |

<u>Stipulation</u>

The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the sentencing hearing scheduled for May 21, 2010, at 10:00 a.m. may be continued to June 25, 2010, at 10:00 a.m. and that the Court order the following schedule for disclosure of the pre-sentence report and the objects thereto:

| | |
|---|---|
| Disclosure of draft pre-sentence report | May 14, 2010 |
| Written objections to draft PSR | May 28, 2010 |
| Filing and disclosure of PSR | June 4, 2010 |
| Motion for corrections of PSR | June 11, 2010 |
| Reply or statement of non-opposition | June 18, 2010. |

The request for the continuance of the hearing and the new schedule regarding the sentencing report is made by the defense. Although the pre-sentence interview has already taken place, defense counsel has an important family occasion conflicting with the current sentencing

date and would also request additional time to prepare for sentencing. The continuance is necessary to give the defense sufficient time to prepare for sentencing. Mr. Porcayo is out of custody on bond and is not opposed to the continuance of the sentencing.

DATED: March 25, 2010

Respectfully submitted,
*/s/ Lindsay Anne Weston*

_____
LINDSAY ANNE WESTON
Counsel to Luciano Porcayo


BENJAMIN WAGNER
United States Attorney

*/s/ Lindsay Weston for Samantha Spangler*
[per e-mail authorization]

_____
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:  March 26, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA, Judge
United States District Court

- 2