LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

   Plaintiff,

 vs.

LUCIANO PORCAYO, et. al.,

   Defendants.

Case No.:  CR S-08-090- EJG
**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND ADOPTING NEW SCHEDULE FOR DISCLOSURE OF SENTENCING REPORT AND OBJECTIONS**

Stipulation

  The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the sentencing hearing scheduled for June 25, 2010, at 10:00 a.m. may be continued to Thursday August 12, 2010, at 10:00 a.m. and that the Court order the following schedule for disclosure of the pre-sentence report and the objections thereto:

| | |
|---|---|
| Disclosure of draft pre-sentence report | July 2, 2010 |
| Written objections to draft PSR | July 16, 2010 |
| Filing and disclosure of PSR | July 23, 2010 |
| Motion for corrections of PSR | July 30, 2010 |
| Reply or statement of non-opposition | August 6, 2010. |

  The request for the continuance of the hearing and the new schedule regarding the sentencing report is made by the parties. Although the pre-sentence interview has already taken place, the probation officer requests additional time to prepare the report for this defendant. Further, the government requests time to consider and prepare a motion for a 5K1.1 for this

- 1

defendant for assistance regarding a co-defendant who is currently scheduled for sentencing on June 25, 2010. Mr. Porcayo is out of custody on bond.

| DATED: May 12, 2010 | Respectfully submitted, |
|---|---|
| | */s/ Lindsay Anne Weston* |
| | _____ |
| | LINDSAY ANNE WESTON |
| | Counsel to Luciano Porcayo |
| | |
| | BENJAMIN WAGNER |
| | United States Attorney |
| | |
| | */s/ Lindsay Weston for Samantha Spangler* |
| | [per e-mail authorization] |
| | _____ |
| | SAMANTHA S. SPANGLER |
| | Assistant U.S. Attorney |

### ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: May 14, 2010

/s/ Edward J. Garcia
EDWARD J. GARCIA, Judge
United States District Court
