LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774



FILED
JUL 1 3 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff,<br>vs.<br>LUCIANO PORCAYO, et. al.,<br>Defendants. | Case No.: CR S-08-090- EJG<br>STIPULATION AND<br>[PROPOSED] ORDER<br>CONTINUING SENTENCING<br>HEARING AND ADOPTING NEW<br>SCHEDULE FOR DISCLOSURE<br>OF SENTENCING REPORT AND<br>OBJECTIONS |

Stipulation

The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the sentencing hearing scheduled for August 12, 2010, at 10:00 a.m. may be continued to Friday, September 24, 2010, at 10:00 a.m. and that the Court order the following schedule for disclosure of the pre-sentence report and the objections thereto:

| | |
|---|---|
| Disclosure of draft pre-sentence report | Aug. 13, 2010 |
| Written objections to draft PSR | Aug. 27, 2010 |
| Filing and disclosure of PSR | Sept. 3, 2010 |
| Motion for corrections of PSR | Sept. 10, 2010 |
| Reply or statement of non-opposition | Sept. 17, 2010. |

The request for the continuance of the hearing and the new schedule regarding the sentencing report is made by the parties. Although the pre-sentence interview has already taken place, the probation officer requests additional time to complete the report for this defendant.

Further, Mr. Porcayo may be able to benefit in his sentencing from possible assistance to the government regarding a co-defendant who is currently pre-trial before this Court. Mr. Porcayo is out of custody on bond.

DATED: July 2, 2010

Respectfully submitted,
/s/ Lindsay Anne Weston

LINDSAY ANNE WESTON
Counsel to Luciano Porcayo

BENJAMIN WAGNER
United States Attorney

/s/ Lindsay Weston for Samantha Spangler
[per phone authorization]

SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: July 8, 2010

EDWARD J. GARCIA, Judge
United States District Court

- 2