LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA

    Plaintiff,

vs.

LUCIANO PORCAYO, et. al.,

    Defendants.

Case No.:  CR S-08-090 EJG

**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND ADOPTING BRIEFING SCHEDULE RE SENTENCING REPORT**

<u>STIPULATION</u>

    The government and the defendant Luciano Porcayo, through undersigned counsel, stipulate and request that the sentencing hearing scheduled for September 24, 2010 at 10:00 a.m. may be continued to Friday, December 10, 2010 at 10:00 a.m. and that the Court order the following schedule for disclosure of the pre-sentence report and the objections thereto:

| | |
|---|---|
| Disclosure of draft report | Oct. 22, 2010 |
| Written objections to PSR | Nov. 5, 2010 |
| Filing and disclosure of PSR | Nov. 12, 2010 |
| Motion for correction of PSR | Nov. 26, 2010 |
| Reply or statement of non-opposition | Dec. 3, 2010 |

    The request for the continuance of the hearing and the new schedule regarding the sentencing report is made by the parties. Although the pre-sentence

interview has take place, additional information needs to be included in the report which requires an additional interview with the defendant and a Spanish interpreter. The defense and the probation officer request additional time to conduct the interview and have the report prepared. Further, the defendant may be able to benefit from possible assistance regarding a co-defendant who is currently pretrial and Mr. Porcayo is out of custody.

Dated: September 16, 2010                    Respectfully submitted

/s/ Lindsay Weston

_____
LINDSAY ANNE WESTON
Counsel to Luciano Porcayo


BENJAMIN WAGNER
United States Attorney

/s/ LAW for Samantha Spangler
[Per e-mail authorization]

_____
SAMANTHA SPANGLER
Assistant United States Attorney

## **ORDER**

IT IS SO ORDERED.

DATED: September 16, 2010


/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge