UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

MEMORANDUM
*& Order*

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**FILED**
NOV 23 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

RE:  Luciano PORCAYO
     Docket Number:  2:08CR00090-07
     **CONTINUANCE OF JUDGMENT
     AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from December 10, 2010 to April 15, 2011 at 10:00 AM. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** The U.S. Probation Officer assigned to complete this PSR has incurred a serious health issue, and not expected to return to service until late February, 2011. He is thus unable to complete the PSR within the current schedule. The government and the defendant are both in agreement with this continuance request.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

*/s/ Jeffrey C. Oestreicher*

JEFFREY C. OESTREICHER
**Supervising United States Probation Officer**

Dated:   November 18, 2010
         Sacramento, California
         JCO/mc

Attachment

RE: **PORCAYO, Luciano**
**Docket Number:   2:08CR00090-07**
**CONTINUANCE OF JUDGMENT AND SENTENCING**

cc: Clerk, United States District Court
Samantha Spangler, AUSA
United States Marshal's Office
Lindsay Weston, Appointed Counsel
Probation Office Calendar clerk

✓ **Approved**

_____          11/23/10
**EDWARD J. GARCIA**
**Senior United States District Judge**          **Date**

___ **Disapproved**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Docket Number:  2:08CR00090-07 |
| Plaintiff, | SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT |
| vs. | |
| Luciano PORCAYO | |
| Defendant. | |

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | April 15, 2011 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | April 8, 2011 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | April 1, 2011 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 25, 2011 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 18, 2011 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | March 4, 2011 |

3

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG