LINDSAY ANNE WESTON
Attorney State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LUCIANO PORCAYO, et. al.,<br><br>　　　　Defendants. | Case No.:  CR S-08-090- EJG<br>**STIPULATION AND ORDER CONTINUING SENTENCING HEARING AND ADOPTING NEW SCHEDULE FOR DISCLOSURE OF SENTENCING REPORT AND OBJECTIONS** |

Stipulation

The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the sentencing hearing scheduled for April 15, 2011, at 10:00 a.m. may be continued to May 20, 2011, at 10:00 a.m. and that the Court order the following schedule for disclosure of the pre-sentence report and the objections thereto:

| | |
|---|---|
| Disclosure of draft pre-sentence report | April 8, 2011 |
| Written objections to draft PSR | April 22, 2011 |
| Filing and disclosure of PSR | April 29, 2011 |
| Motion for corrections of PSR | May 6, 2011 |
| Reply or statement of non-opposition | May 13, 2011 |

The request for the continuance of the hearing and the new schedule regarding the sentencing report is made by the parties.  The basis for this request is that given the passage of time since the first PSR interview, an additional interview with the defendant needed to be

conducted to reflect new financial information to be included the pre-sentence report. Mr. Porcayo is out of custody on bond.

DATED: March 11, 2011

Respectfully submitted,
*/s/ Lindsay Anne Weston*
_____
LINDSAY ANNE WESTON
Counsel to Luciano Porcayo


BENJAMIN WAGNER
United States Attorney

*/s/ Lindsay Weston for Samantha Spangler*
[per e-mail authorization]
_____
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: March 16, 2011

/s/ Edward J. Garcia
EDWARD J. GARCIA, Judge
United States District Court