LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

       Plaintiff,

    vs.

LUCIANO PORCAYO, et. al.,

       Defendants.

)
)
)
)
)
)
)
)
)

Case No.:  CR S-08-090- EJG
**STIPULATION AND
ORDER
CONTINUING DATE FOR SELF
SURRENDER TO SERVE
SENTENCE**

<u>Stipulation</u>

The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the date set for Mr. Porcayo to surrender to the institution designated by the Bureau of Prisons to serve his sentence be extended from July 1, 2011, before 2:00 p.m. to July 22, 2011, before 2:00 p.m. and if no such institution has been designated, to the United States Marshal for this district before 2:00 p.m. on July 22, 2011.

This Court sentenced Mr. Porcayo on May 20, 2011, to serve a term of imprisonment of 32 months and set a self surrender date to the designated institution of July 1, 2011. The Judgment and Commitment Order was signed on June 6, 2011, and entered on June 7, 2011. As of yesterday afternoon, June 27, 2011, the United States Marshal represented that Mr. Porcayo has not yet been designated to an institution by the BOP. The basis for this request, which is made by the defense, is to allow the Bureau of Prisons sufficient time to designate an institution so that Mr. Porcayo may self surrender to serve his sentence. According to the pre-sentence

report and U.S. Pre-trial Services, the defendant was on pre-trial release from July 2008, to the date of sentence and was in compliance with all terms of release.

DATED:  June 28, 2011

Respectfully submitted,
*/s/ Lindsay Anne Weston*

_____
LINDSAY ANNE WESTON
Counsel to Luciano Porcayo


BENJAMIN B. WAGNER
United States Attorney

*/s/ Lindsay Weston for Samantha Spangler*
[per e-mail authorization]
_____
SAMANTHA S. SPANGLER
Assistant U.S. Attorney

## **ORDER**

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:   June 29, 2011




/s/ Edward J. Garcia
EDWARD J. GARCIA, Judge
United States District Court

1
2
3

LINDSAY ANNE WESTON
Attorney  State Bar NO. 73132
P.O. Box 74310
Davis, California 95617
(530) 756-7774

4
5
6
7

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14

UNITED STATES OF AMERICA

       Plaintiff,

    vs.

LUCIANO PORCAYO, et. al.,

       Defendants.

_____

)
)
)
)
)
)
)
)
)

Case No.:  CR S-08-090- EJG
**STIPULATION AND
ORDER
CONTINUING DATE FOR SELF
SURRENDER TO SERVE
SENTENCE**

15

<u>Stipulation</u>

16
17
18
19
20

    The government and the defendant, Luciano Porcayo, through undersigned counsel, stipulate and request that the date set for Mr. Porcayo to surrender to the institution designated by the Bureau of Prisons to serve his sentence be extended from July 1, 2011, before 2:00 p.m. to July 22, 2011, before 2:00 p.m. and if no such institution has been designated, to the United States Marshal for this district before 2:00 p.m. on July 22, 2011.

21
22
23
24
25
26
27
28

    This Court sentenced Mr. Porcayo on May 20, 2011, to serve a term of imprisonment of 32 months and set a self surrender date to the designated institution of July 1, 2011. The Judgment and Commitment Order was signed on June 6, 2011, and entered on June 7, 2011. As of yesterday afternoon, June 27, 2011, the United States Marshal represented that Mr. Porcayo has not yet been designated to an institution by the BOP. The basis for this request, which is made by the defense, is to allow the Bureau of Prisons sufficient time to designate an institution so that Mr. Porcayo may self surrender to serve his sentence. According to the pre-sentence

report and U.S. Pre-trial Services, the defendant was on pre-trial release from July 2008, to the date of sentence and was in compliance with all terms of release.

DATED:  June 28, 2011                    Respectfully submitted,
                                         /s/ Lindsay Anne Weston
                                         _____
                                         LINDSAY ANNE WESTON
                                         Counsel to Luciano Porcayo


                                         BENJAMIN B. WAGNER
                                         United States Attorney

                                         /s/ Lindsay Weston for Samantha Spangler
                                         [per e-mail authorization]
                                         _____
                                         SAMANTHA S. SPANGLER
                                         Assistant U.S. Attorney


                              **<u>ORDER</u>**

     GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED:   June 29, 2011


                                         /s/ Edward J. Garcia
                                         EDWARD J. GARCIA, Judge
                                         United States District Court